| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Nordberg, John A. | 2. Court or Organization<br><br>Northern District of Illinois | 3. Date of Report<br><br>7/17/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ✓ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Chambers 1886<br>219 South Dearborn Street<br>Chicago, Illinois 60604-1706 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee - non-paid | Trust # 1 |
| 2 | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3 | |

RECEIVED 2009 JUL 21 A 8: 40 FINANCIAL DISCLOSURE OFFICE

**Nordberg, John A**

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/17/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3 | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions )*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/17/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2 | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1  Mylan Labs, Inc. C.S. | | None | K | T | | | | | |
| 2.  Valspar Corp. C.S. | D | Dividend | M | T | | | | | |
| 3.  Sprint Nextel Corp  C.S. | | None | J | T | | | | | |
| 4.  Waste Management C.S. | A | Dividend | J | T | | | | | |
| 5.  Dreyfus W.W.D.M M.F | A | Dividend | J | T | | | | | |
| 6.  Fidelity Select Health M.F. | A | Dividend | L | T | | | | | |
| 7.  Nicholas M F. | A | Distribution | J | T | | | | | |
| 8.  Nicholas II M F. | A | Distribution | L | T | | | | | |
| 9.  Nicholas Ltd. M.F. | A | Distribution | J | T | | | | | |
| 10  T.R  Price Int'l Disc. M F. | A | Distribution | K | T | | | | | |
| 11  T.R. Price Int'l Stk. M. F. | A | Distribution | K | T | | | | | |
| 12.  T. R. Price Sci-Tech. M.F. | | None | K | T | | | | | |
| 13.  Columbia Mid-Cap Growth F. | C | Distribution | M | T | | | | | |
| 14.  American Century Ultra M.F. | B | Dividend | N | T | | | | | |
| 15.  Fidelity Div. Growth M.F. IRA | D | Distribution | M | T | Partial Sell | 12/31 | K | | Redemption MRD |
| 16.  Illinois Judges' Retir. Pension | E | Distribution | N | W | | | | | |
| 17  AIM Health Sciens F. | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | Λ =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/17/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period — (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period — (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period — (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. U.S. Bancorp C.S. | B | Dividend | K | T | | | | | |
| 19. Gabelli Global Telecomm F | A | Distribution | K | T | | | | | |
| 20. Alltel C.S. | A | Dividend | K | T | | | | | |
| 21. Trust #1 - See VIII | C | Royalty | J | W | | | | | |
| 22. ComCast Corp. New Class A C.S. | A | Dividend | J | T | | | | | |
| 23. Wells Fargo Co.. | B | Dividend | K | T | | | | | |
| 24. Wells Fargo Common Stock Mutual Fund | | None | L | T | | | | | |
| 25. Pfizer Corp. C.S. | B | Dividend | J | T | | | | | |
| 26. Charles Schwab M.M.F. | A | Interest | J | T | | | | | |
| 27. Janus Overseas M.F. | A | Dividend | K | T | | | | | |
| 28. Paychex C.S. | A | Dividend | K | T | | | | | |
| 29. General Dynamics | A | Dividend | K | T | | | | | |
| 30. AT&T Corp. | B | Dividend | K | T | | | | | |
| 31. Western Union Co. (spun off from First Data) | A | Dividend | J | T | | | | | |
| 32. ████Investments | | | | | | | | | |
| 33. AT&T | B | Dividend | K | T | | | | | |
| 34. DeVry Inc. C S. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes· (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/17/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Embarq Corp. | A | Dividend | J | T | | | | | |
| 36  Diamond Hill Fınl Trends f/k/a John Hancock Fın. Trends Fund | | None | J | T | | | | | |
| 37.  Johnson & Johnson C.S | C | Dividend | L | T | | | | | |
| 38.  Kilroy Realty C.S. | A | Dividend | K | T | buy | 10/20 | J | | |
| 39.  Eli Lilly & Co  C.S | A | Dividend | K | T | | | | | |
| 40.  M.G.I.C  C S. | A | Dividend | J | T | buy | 12/31 | J | | |
| 41.  Mylan Labs | | None | J | T | | | | | |
| 42.  Northern Trust C.S. | A | Dividend | J | T | | | | | |
| 43.  Paychex Inc  C.S. | A | Dividend | J | T | | | | | |
| 44.  Sprınt Nextel Corp | | None | J | T | | | | | |
| 45.  Wındstream C.S. | A | Dividend | J | T | | | | | |
| 46  Columbıa Acorn Int'l F. | A | Dividend | K | T | | | | | |
| 47.  Evergreen M.M. Trust | A | Dividend | J | T | | | | | |
| 48.  Nıcholas F. | B | Dividend | M | T | | | | | |
| 49.  Berkshıre Hathaway Cl. B | | None | J | T | | | | | |
| 50.  M&I Bank Baird M.M.F | A | Interest | J | T | | | | | |
| 51  Charles Schwab M M.F | A | Interest | J | T | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Nordberg, John A. | | 7/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52  Chase Bank Checking | A | Interest | J | T | | | | | |
| 53.  Fidelity Div. Growth IRA | C | Distribution | L | T | Part. Redemp | 12/31 | J | | Min. MRD requirement |
| 54.  Gabelli Global Telecom M F. | A | Distribution | J | T | | | | | |
| 55.  Wells Fargo Co. | C | Distribution | L | T | | | | | |
| 56  Wells Fargo Common Stock Mutual Fund | | None | K | T | | | | | |
| 57.  Capital Fed. Finl. C. | A | Dividend | J | T | Sold (part) | 4/11 | J | A | S |
| 58.  Capital Fed. Finl C S | A | Dividend | | | Sold (part) | 11/3 | J | B | |
| 59.  Charter Fin. Corp. West C.S. | A | Dividend | J | T | Sold (part) | 12/23 | J | | |
| 60.  Investors Bancorp | | None | J | T | Sold (part) | 11/3 | J | | |
| 61.  Stamps.com | | None | J | T | Buy (add'l) | 3/4 | J | | |
| 62.  Adobe | | None | J | T | Buy | 12/9 | J | | |
| 63.  Brown-Forman Corp Cl. B | | None | J | T | Buy | 11/3 | J | | |
| 64.  Canadian Superior Energy Inc. | | None | J | T | Buy | 5/19 | J | | |
| 65.  Eaton Vance Corp. | | None | J | T | Buy | 11/3 | J | | |
| 66  Fastenal Company | | None | J | T | Buy | 12/09 | J | | |
| 67  Fiserv Inc | | None | J | T | Buy | 11/3 | J | | |
| 68  Johnson Controls Inc | | None | J | T | Buy | 11/3 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/17/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Markel Corp | | None | J | T | Buy | 8/12 | J | | |
| 70. Paychex Inc C.S. | | None | J | T | Buy (add'l) | 11/3 | J | | |
| 71. Sigma Aldrich Corp. | | None | J | T | Buy | 12/09 | J | | |
| 72. Winn Dixie Stores Inc. | | None | J | T | Buy | 4/11 | J | | |
| 73 Market Vectors ETF TR Gold Miners Fund | | None | J | T | Buy | 2/14 | J | | |
| 74. Proshares Trust Short S&P 500 | A | Dividend | | | Buy | 2/7 | J | | |
| 75. Proshares Trust Short S&P 500 | A | Dividend | | | Buy (add'l) | 3/18 | J | | |
| 76. Proshares Trust Short S&P 500 | A | Dividend | | | Sold | 11/3 | J | B | |
| 77. Proshares Trust Short S&P 500 | A | Dividend | K | T | Buy | 11/24 | K | | |
| 78. Proshares Trust Short Russell 2000 | A | Dividend | | | Buy | 2/7 | J | | |
| 79. Proshares Trust Short Russell 2000 | A | Dividend | | | Buy (add'l) | 2/13 | J | | |
| 80 Proshares Trust Short Russell 2000 | A | Dividend | | | Sold | 5/16 | K | | |
| 81. Proshares Trust Short Russell 2000 | A | Dividend | J | T | Buy | 11/24 | K | | |
| 82 Rydex Inverse Russell 2000 | A | Dividend | K | T | Buy (add'l) | 8/12 | J | | |
| 83. Rydex Inverse Russell 2000 | A | Dividend | | | Buy (add'l) | 9/5 | J | | |
| 84. Rydex Inverse S&P 500 | A | Dividend | K | T | Buy (add'l) | 9/5 | J | | |
| 85. Expeditors International | | None | | | Sold | 1/24 | J | | |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Alpharma Inc. Class Al | | None | | | Sold | 12/30 | J | C | |
| 87 Atlantic Coast Fed. Co  C S | A | Dividend | | | Sold | 12/23 | J | | |
| 88. Celgene Corp. | | None | | | Sold | 7/29 | J | B | |
| 89 Cheviot Financial Corp. C.S | | None | – | | Sold | 3/18 | J | | |
| 90. Chevron Corp. C.S. | | None | | | Sold | 1/28 | J | D | |
| 91. Clifton Savings Bancorp Inc | A | Dividend | | | Sold | 11/03 | J | | |
| 92 Deluxe Corp. C.S. | A | Dividend | | | Buy | 5/1 | J | | |
| 93. Deluxe Corp. C.S. | A | Dividend | | | Buy (add'l) | 8/12 | J | | |
| 94. Deluxe Corp. C.S. | A | Dividend | | | Sold | 11/13 | J | | |
| 95 K Fed Bancorp | A | Dividend | | | Sold | 10/30 | J | | |
| 96. PSB Holdings Inc. C.S. | A | Dividend | | | Sold | 4/11 | J | | |
| 97. TFS Financial Corp. | A | Dividend | | | Sold | 11/3 | J | A | |
| 98 Zimmer Holdings Inc. | | None | | | Sold | 11/24 | J | | |
| 99. Cimarex Energy Co. | A | Dividend | J | T | | | | | |
| 100. Intersections Inc. | | None | J | T | | | | | |
| 101. Leucadia National Corp. | | None | J | T | | | | | |
| 102 Roche Holding Limited Sponsored ADR | | None | J | T | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A. | 7/17/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SPDR Gold Trust Gold Shares | | None | J | T | | | | | |
| 104. Vulcan Materials Co. | A | Dividend | J | T | | | | | |
| 105  BCG Partners Inc. (formerly eSpeed) | | None | | | Redeemed | 4/4 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#21. Trust #1 -- sole assets: cash and partial interest in oil and gas rights in Texas County, Oklahoma. As of December 31, 2008, I was one of the remaining 4 beneficiaries with approximately 1/4 interest in Trust.

Alltel C.S. (shares owned by the Judge as opposed to ▮▮▮▮ were inadvertently omitted from the 2007 report. Those shares were disposed of 11/16/07 in a cash merger. The proceeds would be in the K category.

With regard to ▮▮▮▮ investment, the following stocks were inadvertently omitted from prior reports: Cimarex Energy Co., Intersections Inc., Leucadia National Corp., Roche Holding Limited Sponsored ADR, SPDR Gold Trust Gold Shares, Vulcan Materials Co, and BCG Partners, Inc. (formerly eSpeed).

| Name of Person Reporting | Date of Report |
|---|---|
| Nordberg, John A | 07/17/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFI[...]
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544